In the Matter of Proving the Last Will and Testament of JANE E. BARNEY, Deceased, as a Will of Real and Personal Property. LOUIS V. ENNIS, as

Residuary Legatee and Sole Executor, etc., Appellant; WILLIAM DE WITT VAN RODEN and Others, Respondents.— Decree and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.